Filed 5/21/15  P. v. Loyola CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>FILIBERTO LOYOLA,<br><br>    Defendant and Appellant. | 2d Crim. No. B260460<br>(Super. Ct. No. 2013038074)<br>(Ventura County) |

Filiberto Loyola appeals a judgment of conviction after he expressly waived his constitutional and trial rights and pleaded guilty to two counts of second degree robbery, conspiracy to commit robbery, assault with a firearm, and resisting an executive officer.  (Pen. Code, §§ 211, 182, subd. (a)(1), 245, subd. (a)(2), 69.)[1]  Loyola also admitted firearm use allegations regarding the robbery and assault counts. (§§ 12022, subd. (a)(1), 12022.5, subd. (a).)  In accordance with a plea agreement, the trial court sentenced Loyola to seven years in prison, consisting of a three year midterm for the assault with a firearm conviction, four years for the corresponding personal firearm use allegation, and concurrent terms for the remaining counts.  The court awarded him 342 days of presentence custody credit and imposed a $300 restitution fine, a $300 parole revocation restitution fine (stayed), a $200 court security assessment, and a $175 criminal conviction assessment, among other fines.  (§§ 1202.4, subd. (b), 1202.45,

---

[1] All further statutory references are to the Penal Code unless otherwise stated.

1465.8, subd. (a); Gov. Code, § 70373.) The court also ordered payment of $3,000 in victim restitution. (§ 1202.4, subd. (f).) It dismissed another count of second degree robbery on the motion of the prosecutor.

Loyola, Jelani Rivera, and Daniel Sotelo conspired to rob medical marijuana delivery drivers. On two occasions, they robbed marijuana delivery drivers of marijuana and cash. Loyola and his crime partners used a stolen cellular telephone to arrange for the purchase and delivery of the marijuana.

We appointed counsel to represent Loyola in this appeal. After counsel's examination of the record, he filed an opening brief raising no issues.

On April 7, 2015, we advised Loyola by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We have not received a response.

We have reviewed the entire record and are satisfied that Loyola's attorney has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P.J.


We concur:



YEGAN, J.



PERREN, J.

2

Ryan J. Wright, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.